

FILED IN
COURT OF CRIMINAL APPEALS

JUN 22 2015

Abel Acosta, Clerk

Elmo Fortenberry

APP NO 15-15-00077-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 22 2015

Abel Acosta, Clerk

## STATMENT OF FACT

I moved to midLAnd In 2010 Whin I WAS RelcAsed From Prision I 2011. I BAUGHT The Property Where I WAS Living AT 6703 E. CR. 97 Be CAUSe I WANTed AnAmels And Privacy. MY Firs Encounter With Mr Painter The Sheriff WAS GOOD Whin I BAUGHT the PLACe There WAS A moBle Home on iT I HAd not BAUGHT. One DAY A MAN I New CAme And Tried To move iT my wiFe new IT WAS NOT His He CALLed The Sheriff's Depart A Depnty CAme onT The Depnty Tryed To mAke me move some CArs I HAD PArked BY The Hitch So my wiFe CALLed Sheriff PAinter And TOLd Him WHAT WAS GOing on The Sheriff TOLd Her To Give The PHone to The Depnty He Hold The Depnty TO LeAve iT WAS CiviL NOT CriminAL. AFTer This The Sheriff never Tryed To Help me AgAin I Fill iT is BeCAuse He FOund onT I AM A ConViCTed Fellon. I HAVe A right TO PoLice ASSistAnce NOT JUST Arrest By Them



Several Times I Tryed To get Some Help
With Pit Bull Dogs That Lived A Bout A mile
Away. I HAd Been to The owner no Help So
I CAll SheriF DeDArtment we cant HelP you
3 DiFFrent Times in 2 week peread I Tryed
To Get Help Thes Dogs were Killing Chickens
Ducks GOATS and chasing my Horses. So Firly
I CAll chanel 7 News They come out and
Do A Story and ConTAct SheriFF PAinter
He tells Them to HAve me CAll Him He will
FiX The problem That it is Very much in Ther
JurisDiction. So I CAll no Ancer leEt A mcsage
No CAll BACK CALL AgAin The SAme. So I gave
UP. One DAy The Deputy That Lives JUST
About 2 ACrs Away STOPed And TOLd me I
Can't go AgAinST my Boss But your OLd PAiolu
OFFicer SAw you on TV Ask iF I could STOP
An Tell you "You can own A crossbow." WiTNess
For me Dose my Lawyer no This up He Did not
EnvestiGAT AT ALL JUST Let me Be The CAwyer"
Any Way To MAke A Long Story shorter One
ReJection AfTer Another From Criminal
miSchiF To Trespassing To ATTempTed
murde with A Vehicle whin A Truck was
Going up An doun The Privat ROAD, Drive, LAin
which ever you wanT To CALL iT IT is Privat
CALLED The SheriFF'S DepartmenT And They

There is nothing we can do no one is
Hurt So it is pretty much All Day ~~to one~~
So i Try To STOP Him He comes Flying 75, or 80
~~so~~ Sworving AT me ALmot Hit me I RAN By A
Dumgster into my Parking Space He BArly missed
me I CALL AGAin Still you Are not Hurt we cant
Help. I CALL on my wife CALL'S I GOT
MAd I PAY TAXes An can get Protection
not only for me But others To, So I HAd
A coupl prety qood GLASSes OF whiskey
And CALLed Them my self. They CAme
now BecAus I won't ShuT up, BUT They Did
noT come To TAKe A STATmarT From me
Like The LAw sAse The Are Supose To Do
The CAme To Arrest me For P.I. AGAin
I LeFT out The FACT THAT 1½ mounts EArlur
They Drug me out of my House And Arrested
me For P.I. Resisting Arest BecAus. my X wife
In AMArillo CALLed Them AFTer She CALled
me Trying To Get me To Sind my DAuqhTer
And Her Husband mony I Told Her IF She
Leves Him And Comes To me I will Help
She Tell's me I need To Devorce The wife I HAve
now And Help my DAuqhTer. I Told Her IT ~~wo~~
would Be Cheeper it I Kill Her An Hung up
There WAS noThing going on whin They

Deputy Got There BeFor or ever EXCCPT
Two People Trying To Live A privart LiFe
The Deputy went so FAre As To make my
WiFe Pull Her ShurT up so He could see
Her STomick and BAck That mighT HAve
Been oK IF iT WAS A FemAil oFFicer But
iT WAS NoT midLAnd CouNTy Thinks They
CAN mAKe There ouy LAws no mater
whAT Congress AN STAT sAi's They DonT
mATTer im midLAnd CouNTy.
I AM NoT A lawyer HAve no law Degree cAN BArly read
AN right BuT I ANT LAzy or BAd

Thank YoU For Your

Time


Elmo FortenBery


6-19-15